

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       Stella D. Salmeron v. Atascocita Forest Community Association

Appellate case number:     01-20-00616-CV

Trial court case number:   1140217

Trial court:               County Civil Court at Law No. 1 of Harris County

On September 20, 2021, appellant Stella D. Salmeron filed a motion to recuse Justice Veronica Rivas-Molloy. Justice Rivas-Molloy certified the matter to the en banc Court for consideration and ruling. *See* TEX. R. APP. P. 16.3(b). The en banc Court **denies** the motion.

It is so ORDERED.


Judge's signature:  /s/ Chief Justice Sherry Radack
                         Acting for the Court

The en banc Court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Guerra, and Farris. Justice Rivas-Molloy not participating.

Date:  September 30, 2021